**File Hashes for IP Address 174.44.130.65**

**ISP:** Optimum Online
**Physical Location:** Edison, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/14/2015 21:16:25 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

CNJ401